EXHIBIT 4

STATEMENT OF FINANCIAL OPERATIONS

**S. & T. BLAKE**
**STATEMENT OF OPERATIONS**
**ACTUAL CASH FLOW ANALYSIS**

| | BEGINNING CASH BAL | RECEIPTS | DISTRIBUTIONS | ENDING CASH BALANCE | MORTGAGE PAYMENTS |
|---|---|---|---|---|---|
| **2007** | | | | | |
| MAY | -$5,426.00 | $23,826.00 | $15,800.00 | $2,600.00 | $13,900.00 |
| JUNE | $2,600.00 | $15,195.00 | $9,954.00 | $7,841.00 | $6,345.00 |
| JULY | $7,841.00 | $15,435.00 | $20,913.00 | $2,363.00 | $16,299.00 |
| AUG | $2,363.00 | $16,787.00 | $17,636.00 | $1,514.00 | $11,348.00 |
| SEP | $1,514.00 | $14,025.00 | $13,171.00 | $2,368.00 | $6,265.00 |
| OCT | $2,368.00 | $15,019.00 | $12,663.00 | $4,724.00 | $5,402.00 |
| NOV | $4,724.00 | $17,394.00 | $19,494.00 | $2,624.00 | $13,795.00 |
| DEC | $2,624.00 | $14,865.00 | $12,113.00 | $5,376.00 | $8,195.00 |
| | | | | | |
| TOTAL | | $132,546.00 | $121,744.00 | | $81,549.00 |
| | | | | | |
| **2008** | | | | | |
| JAN | $5,376.00 | $19,757.00 | $19,883.00 | $5,250.00 | $11,200.00 |
| FEB | $5,250.00 | $18,176.00 | $10,142.00 | $13,284.00 | $2,800.00 |
| MAR | $13,284.00 | $15,228.00 | $9,014.00 | $19,498.00 | |
| APRIL | $19,498.00 | $14,142.00 | $8,762.00 | $24,878.00 | |
| MAY | $24,878.00 | $13,153.00 | $11,410.00 | $26,621.00 | |
| JUNE | $26,621.00 | $15,940.00 | $14,782.00 | $27,779.00 | |
| JULY | $27,779.00 | $13,501.00 | $23,651.00 | $17,629.00 | |
| AUG | $17,629.00 | $15,201.00 | $20,321.00 | $12,509.00 | |
| SEPT | $12,509.00 | $17,442.00 | $19,271.00 | $10,680.00 | $4,212.00 |
| OCT | $10,680.00 | $19,181.00 | $16,009.00 | $13,852.00 | |
| NOV | $13,852.00 | $19,854.00 | $21,305.00 | $12,401.00 | $3,898.00 |
| DEC | $12,401.00 | $15,036.00 | $20,225.00 | $7,212.00 | $1,949.00 |
| | | | | | |
| **TOTAL 2008** | | $196,611.00 | $194,775.00 | | $24,059.00 |
| | | | | | |
| **2009** | | | | | |
| JAN | $7,212.00 | $17,974.02 | $13,160.80 | $12,025.22 | $3,613.24 |
| FEB | $12,025.22 | $19,230.66 | $12,974.83 | $18,281.05 | $1,948.85 |
| | | | | | |
| **TOTAL INCOME IN 22 MONTHS** | | **$366,361.68** | **$342,654.63** MTG PAID | | **$111,170.09** |
| | | | | | |
| **AVE. MO INC/EXP 22 MO** | | **$16,652.80** | | **AVE MTG PAID** | **$5,053.19** |
| | | | | | |
| **AVE INC/EXP IN LAST 6 MONTHS** | | **$18,119.61** | | | |

**S. & T. BLAKE**
**STATEMENT OF OPERATIONS**
**PLAN CASH FLOW ANALYSIS/ FEASIBILITY**

| | | |
|---|---|---|
| **AVERAGE MONTHLY CASH FLOW** | **$16,652.80** (1) | |
| | | |
| **CURRENT CASH BALANCE 3/13/2009** | **$32,902.61** (2) | |
| **NET CASH INCREASE TO PLAN CONFIRMATION** | **$15,000.00** (3) | |
| **AVAILABLE AT PLAN CONFIRMATION** | **$47,902.61** | |
| | | |
| **ADMINISTRATIVE EXPENSES** | **$20,000.00** (3) | |
| | | |
| **INITIAL MORTGAGE PAYMENTS** (4) | | |

| | | |
|---|---|---|
| **CLASS II** | **$1,342.05** | |
| **CLASS IV** | **$1,342.05** | |
| **CLASS VI** | **$1,073.64** | |
| **CLASS VII** | **$1,342.05** | |
| **CLASS X** | **$1,046.80** | |
| | | |
| MONTHLY MTG PAYMENTS | **$6,146.59** (4) | |

| | | |
|---|---|---|
| **FIRST QUARTERLY CLASS XII (RE TAX)** | **$1,539.25** (5) | |
| | | |
| **INITIAL UNDER-SECURED MTG PAYMENT** | **$3,077.76** (6) | |
| | | |
| **INITIAL CLASS XIII  UNSECURED PAYMENT** | **$6,514.00** (7) | |
| | | |
| **PAYMENT DUE ON PLAN CONFIRMATION** | **$37,277.60** | |

(1) See Cash Flow analysis
(2) Cash at 3/13/2009
(3) Estimated administrative expenses subject to Court approval
(4) Retained property mortgage payments, commence on Plan Confirmation
(5) Real estate taxes owed prepetition, paid 100% quarterly
(6) Under secured mortgage payment assumes no 1111(b) election, toal under secured $ 1,2 31,105.74.
paid quarterly, 5 percent total dividend
(7)  Unsecured Class XIII Payment initally 10% of 20% dividend, total claims $65,144.27, thereafter
the Debtor will make payments of 2.5 percent on the anniversary date of Plan Confirmation.