EXHIBIT 5

RESTATEMENT OF MORTGAGES

**S. & T. Blake**
**Restatement of Mortgages**

**121 Woodward Street**

Class II
Washington Mutual

    Fair Market Value                        $250,000.00
    Term 30 Years, Rate 5 Percent Fixed

    **Monthly Payment**                       $ 1,342.05

**11 Claybourne Street**

Class IV
Ocwen

    Fair Market Value                        $250,000.00
    Term 30 Years, Rate 5 Percent Fixed

    **Monthly Payment**                       $ 1,342.05

**7 Sayward Street**

Class VI
First Franklin

    Fair Market Value                        $200,000.00
    Term 30 Years, Rate 5 Percent Fixed

    **Monthly Payment**                       $ 1,073.64

**10-12 Joesph Street**

Class VII
Saxson Mortgage Corp.

    Fair Market Value                        $250,000.00
    Term 30 Years, Rate 5 Percent Fixed

    **Monthly Payment**                       $ 1,342.05

**9 Claybourne St.**

Class X
ASC

    Fair Market Value                          $ 195,000.00
    Term 30 Years, Rate 5 Percent Fixed

    **Monthly Payment**                     **$ 1,046.80**


Total Mortgage Payments Per Month        **$ 6,146.59**