EXHIBIT 7

11 U.S.C. SEC. 1111(b) ELECTION FORM

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>   TRYPHENA F. BLAKE &<br>   STEADMAN L. BLAKE<br>   Debtors | CHAPTER 11<br>CASE NO. 07-12445 |

## 11 U.S.C. Sec. 1111(b)(2) Election Form

To each secured claim holder of property owned by the Debtors Steadman L. Blake and Tryphena F. Blake, please be advised that the United States Bankruptcy Court for the Eastern Division of the District of Massachusetts has established a deadline of _____, 2009, to elect the application of 11 U.S.C. Sec. 1111(b)(2) to any under secured claim established by the Debtors' Chapter 11 Plan of Reorganization.

By electing 11 U.S.C. Sec. 1111(b)(2) treatment, holder of an under secured mortgage claim will retain its lien of the under secured portion of its original lien, but will waive the five percent (5%) dividend offered to Class XV under secured claim holders. Further, the Debtrors will not be required to make payments on such surviving under secured claim, until the associated collateral is sold or refinanced by the Debtors.

TO ELECT THE APPLICATION OF 11 U.S.C. SEC. 1111(b)(2), PLEASE MARK THE APPROPRIATE BOX BELOW, SIGN AND MAIL THIS FORM TO COUNSEL FOR THE DEBTORS AT THE ADDRESS INDICATED BELOW SO THAT IT IS RECEIVED PRIOR TO THE DEADLINE DATE SHOWN ABOVE.

ANY CLASS XV CLAIM HOLDER WHO DOES NOT RETURN AN APPROPRIATELY COMPLETED 11 U.S.C. SEC. 1111(b)(2) ELECTION FORM WILL BE DEEMED TO HAVE NOT ELECTED 11 U.S.C. SEC. 1111(b)(2) TREATMENT.

PLEASE BE ADVISED THAT ELECTING OR NOT ELECTING 11 U.S.C. SEC. 1111(b)(2) TREATMENT MAY HAVE A MATERIAL AFFECT ON THE CHAPTER 11 PLANS' TREATMENT OF ANY SECURED CLAIM COLLATERALIZED BY THE DEBTORS' REAL ESTATE. PLEASE REVIEW THIS ELECTION FORM WITH LEGAL COUNSEL SHOULD YOU HAVE ANY QUESTIONS REGARDING THE ELECTION OF 11 U.S.C. SEC. 1111(b)(2) TREATMENT.

_____    I,_____, an authorized agent of _____

Holding a mortgage claim on the property commonly known as _____

_____ elect to apply 11 U.S.C. SEC. 1111(b)(2) to any deemed

under secured mortgage claim deemed to result from the Plan of Reoganization of

Steadman and Tryfina Blake, and as a **result will not receive Plan payments due to Class XV under secured creditors.**

Dated: _____                Signed: _____


_____    I,_____, an authorized agent of _____

Holding a mortgage claim on the property commonly known as _____

_____ **do not** elect to apply 11 U.S.C. SEC. 1111(b)(2) to any deemed

under secured mortgage claim deemed to result from the Plan of Reoganization of

Steadman and Tryfina Blake, and as a **result will receive Plan payments due to Class XV under secured creditors**

Dated: _____                Signed: _____


Please Return this Election Form To:

Timothy M. Mauser
Mauser & Mauser
98 North Washington St.
Boston, MA 02214
Tel: (617) 338-9080