UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

**NOTICE OF APPEAL UNDER 28 U.S.C. § 158(a) or (b)
FROM A JUDGMENT, ORDER, OR DECREE OF A
BANKRUPTCY COURT**

IN RE:

| | |
|---|---|
| Steadman L. Blake and | Case No. 07-12445 FJB |
| Tryphena F. Blake | |
|     Debtors | |

U.S. Bank National Association, as Trustee )
            Appellant                     )
vs.                                                    )
                                                      )
Steadman L. Blake and Tryphena F. Blake )
                                                     )
            Appellees                    )

**NOTICE OF APPEAL**

       U.S. Bank, National Association, as Trustee, the appellant, appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order or decree of Judge Frank J. Bailey entered in this case, which judgment, order or decree was entered on the 30th day of December, 2009.

       The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | | |
|---|---|---|
| Steadman L. Blake | as represented by: | Timothy Mauser, Esq. |
| | | Suite 240 |
| | | One Center Plaza |
| | | Boston, MA 02114 |
| | | 617-338-9080 |
| | | Fax : 617-275-8990 |
| | | Email: |
| | | tmauser@mauserlaw.com |
| | | |
| Tryphena F. Blake | as represented by: | Timothy Mauser, Esq. |
| | | Suite 240 |
| | | One Center Plaza |

        Boston, MA 02114
617-338-9080
Fax : 617-275-8990
Email:
tmauser@mauserlaw.com

Office of the US Trustee

Office of the US Trustee
J.W. McCormack Post Office
& Courthouse
5 Post Office Sq., 10th Fl,
Suite 1000
Boston, MA 02109

Dated   December 8, 2009

Signed: /s/ Deirdre M. Keady
Deirdre Keady, Esq.
BBO No. 359020
Attorney for Appellant
Harmon Law Offices PC
150 California St.
Newton, Ma.  02458
dkeady@harmonlaw.com
781-292-3925