UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MASSACHUSETTS

IN RE:

Steadman L. Blake and                                Case No. 07-12445 FJB
Tryphena F. Blake
    Debtors

---

U.S. Bank National Association, as Trustee  )
            Appellant                       )
vs.                                         )
                                            )
Steadman L. Blake and Tryphena F. Blake     )
                                            )
            Appellees                       )


CORRECTED
**APPELLANT'S STATEMENT OF "ELECTION
TO PROCEED TO DISTRICT COURT"
PURSUANT TO 28 U.S.C. § 158 (c)(1)**


   Now comes U.S. Bank, National Association, as Trustee for First Franklin Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2005-FF10, the appellant herein and states herewith its election to have this appeal heard by the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. § 158(c)(1).


Dated:   December 9, 2009

                            Signed: /s/ Deirdre M. Keady
                                    Deirdre Keady, Esq.
                                    BBO No. 359020
                                    Harmon Law Offices
                                    150 California St.
                                    Newton, Ma.  02458
                                    781-292-3925
                                    Attorney for Appellant,