UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| IN RE: | CHAPTER 11 |
|---|---|
| Steadman L. Blake and Tryphena F. Blake | CASE NO. 07-12445 FJB |

U.S. Bank National Association, as Trustee    )
               Appellant                       )
vs.                                                 )
                                                 )
Steadman L. Blake and Tryuphena f. Blake    )
                                                 )
               Appellees                     )

APPELLANT'S DESIGNATION OF THE RECORD
AND STATEMENT OF ISSUES ON APPEAL

Appellant U.S. Bank National Association, as Trustee for First Franklin Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2005-FF10 ("U.S. Bank") submits the following Designation of Record and Statement of Issues on Appeal:

ISSUE ON APPEAL

1. Whether the Bankruptcy Court erred as a matter of law in holding that §1129(b)(2)(A)(i) requires that the valuation of property securing a claim be determined as of the date of the confirmation of the plan and not the date the petition was filed.

DESIGNATION OF THE RECORD

| Date Filed | Docket # | Description of Document |
|---|---|---|
| 6/29/2007 | Claim 22-2 | Proof of Claim |

In Re: «DebtorNames»<br>
Case No. «BCICaseNumber»<br>
CHAPTER «Chapter»

| Date | Doc # | Description |
|---|---|---|
| 5/22/2007 | 31 | Schedule D Creditors Holding Secured Claims |
| 5/23/2007 | 33 | Schedule A |
| 2/25/08 | 125 | Disclosure Statement |
| 2/25/08 | 126 | Plan of Reorganization |
| 3/21/08 | 141 | Objection by Trustee |
| 3/28/08 | 143 | Motion for Relief from Stay |
| 4/10/08 | 145 | Objection by Debtors to #143 |
| 4/15/08 | 149 | Withdrawal of Disclosure Statement |
| 4/15/08 | 150 | Denial of Motion for Relief from Stay |
| 7/23/08 | 185 | Amended Disclosure Statement, with Exhibit 2 and Exhibit #4 (valuation 3.3) |
| 7/23/08 | 186 | Amended Plan |
| 9/4/08 | 200 | 1111(b) Election |
| 9/16/08 | 212 | Assignment of servicing rights for claimant |
| 10/21/08 | 234 | Order |
| 10/30/08 | 240 | Second Amended Disclosure Statement with Exhibit #2 and #4 (valuation 3.3) |
| 2/6/09 | 281 | Objection by Trustee |
| 2/10/09 | 284 | Order |
| 3/4/09 | 290 | Order |
| 3/16/09 | 292 | Order |
| 3/25/09 | 294 | Third Amended Disclosure Statement with exhibits #2 and #5 |

In Re: «DebtorNames»
Case No. «BCICaseNumber»
CHAPTER «Chapter»

| | | |
|---|---|---|
| 3/25/09 | 295 | Third Amended Plan |
| 6/8/09 | 314 | Objection to Third Plan of Reorganization |
| 11/30/09 | 321 | Memorandum of Decision |
| 12/3/09 | 323 | Order of Confirmation |

Respectfully submitted this 23rd day of December, 2009

U.S. Bank National Association, as Trustee for First Franklin Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2005-FF10
By its attorneys:

/s/ Deirdre M. Keady
Deirdre M. Keady, Esquire
BBO# 359020
HARMON LAW OFFICES, P.C.
P.O. Box 610345
Newton Highlands, MA 02461-0345
781-292-3925
617-243-4049 (fax)
dkeady@harmonlaw.com

Dated: December    23    , 2009

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 23, 2009 she caused a copy of the foregoing to be served by ECF upon Timothy M. Mauser, counsel to the debtors.

/s/ Deirdre M. Keady, Esq.